UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD GALE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 12-cv-3614 VB (LMS) |
| SMITH & NEPHEW PLC, ) | |
| SMITH & NEPHEW, INC., ) | Judge Vincent L. Briccetti |
| SMITH & NEPHEW, GmbH, ) | |
| SPECIALTY ORTHOPEDICS, PLLC, and ) | |
| STEVEN B. ZELICOF, M.D., ) | |
| ) | |
| Defendants. ) | |

**MOTION AND [PROPOSED] ORDER OF WITHDRAWAL
OF APPEARANCE OF PATRICIA M. PETROWSKI AS COUNSEL**

Pursuant to Local Rule 1.4 of the United States District Court of the Southern District of New York, Defendant Smith & Nephew plc, by and through its counsel, Sidley Austin LLP ("Sidley Austin"), respectfully requests the withdrawal of the appearance of Patricia M. Petrowski as counsel on its behalf.

Sidley Austin has represented Smith & Nephew plc throughout the pendency of this action and will continue to do so. Ms. Petrowski is no longer associated with Sidley Austin and will not continue to represent Smith & Nephew plc in this action. Ms. Petrowski's withdrawal will not affect the posture of this action.

/s/ Kelly Albinak Kribs
Counsel for Smith & Nephew plc

Dated: August 14, 2014     Kelly Albinak Kribs            Samuel S. Choi
                          (admitted *pro hac vice*)      State Bar No. 4758397
                          SIDLEY AUSTIN LLP              SIDLEY AUSTIN LLP
                          One South Dearborn Street      787 Seventh Avenue
                          Chicago, Illinois 60603        New York, New York 10019

(312) 853-7000 (Telephone)  (212) 839-5300 (Telephone)
(312) 853-7036 (Facsimile)  (212) 839-5599 (Facsimile)
kkribs@sidley.com  sam.choi@sidley.com

*Attorneys for Defendant Smith & Nephew plc*

ENTERED this ___ day of August, 2014.

    SO ORDERED.


_____
Hon. Vincent L. Briccetti
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2014, the foregoing MOTION AND [PROPOSED] ORDER OF WITHDRAWAL OF APPEARANCE was filed with the Clerk of Court using the CM/ECF system and a copy was served upon all parties by electronic transmission.

*/s/ Kelly Albinak Kribs*
Kelly Albinak Kribs
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000 (Telephone)
(312) 853-7036 (Facsimile)
kkribs@sidley.com

*Attorneys for Defendant Smith & Nephew plc*