UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
                                                 :
HOWARD GALE,                                     :
                                                 :
          *Plaintiff*,                           :
                                                 :       Civil Action No:
     -against-                                   :       12-CV-3614 (VLB) (LMS)
                                                 :
SMITH & NEPHEW, PLC,                             :
SMITH & NEPHEW, INC.,                            :       Hon. Vincent L. Briccetti
SMITH & NEPHEW, GmbH,                            :
SPECIALITY ORTHOPAEDICS, PLLC and                :       **NOTICE OF APPEARANCE**
STEVEN B. ZELICOF, M.D.                          :
                                                 :
          Defendants.                            :
------------------------------------------------ X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned, Bettina B. Plevan, of the law firm of Proskauer Rose LLP, is hereby entering an appearance as counsel of record for non-party The Mount Sinai Hospital in the above-captioned action and requests that she be served with all future pleadings relevant to The Mount Sinai Hospital. I certify that I am admitted to practice in this Court.

Dated: New York, New York
August 26, 2014                              PROSKAUER ROSE LLP


                                             By: /s/ Bettina B. Plevan
                                                 Eleven Times Square
                                                 New York, New York 10036
                                                 Tel.: (212) 969-3000
                                                 Fax: (212) 969-2900
                                                 BPlevan@proskauer.com
                                                 *Attorneys for The Mount Sinai Hospital*