UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                 :

HOWARD GALE,
                                 :

         *Plaintiff,*

                                 :             Civil Action No:

  -against-                       :       12-CV-3614 (VLB) (LMS)

SMITH & NEPHEW, PLC,                  :
SMITH & NEPHEW, INC.,                :       Hon. Vincent L. Briccetti
SMITH & NEPHEW, GmbH,
SPECIALITY ORTHOPAEDICS, PLLC and   :       **NOTICE OF APPEARANCE**
STEVEN B. ZELICOF, M.D.

         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      **PLEASE TAKE NOTICE** that the undersigned, Rebecca L. Berkebile, of the law firm

of Proskauer Rose LLP, is hereby entering an appearance as counsel of record for non-party The

Mount Sinai Hospital in the above-captioned action and requests that she be served with all

future pleadings relevant to The Mount Sinai Hospital.  I certify that I am admitted to practice in

this Court.


Dated:  New York, New York
        August 26, 2014              PROSKAUER ROSE LLP


                                  By: *Rebecca Berkebile*
                                    Rebecca L. Berkebile

                               Eleven Times Square
                               New York, New York 10036
                               Tel.:  (212) 969-3000
                               Fax:  (212) 969-2900
                               RBerkebile@proskauer.com
                               *Attorneys for The Mount Sinai Hospital*