**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

September 10, 2014

## RE-SCHEDULING NOTICE

Gale v. Smith & Nephew, Inc. et al., 12CV3614 (VB)(LMS)

| | |
|---|---|
| Gary Todd. Certain<br>The Certain Law Firm, PLLC<br>909 Third Avenue, 28th Floor<br>New York, NY 10022<br><br>Michael Zilberg<br>The Zilberg Law Firm, Pllc<br>909 Third Avenue, 28th Floor<br>New York, NY 10022<br><br>Victor M. Serby<br>Victor M. Serby<br>255 Hwlett Neck Road<br>Woodmere, NY 11598 | Glenn Stuart Kerner<br>Goodwin Procter, LLP(NYC)<br>The New York Times Building, 620 Eighth Avenue<br>New York, NY 10018-1405<br><br>Nilda M. Isidro<br>Goodwin Procter, LLP(NYC)<br>The New York Times Building, 620 Eighth Avenue<br>New York, NY 10018-1405<br><br>Christopher A. Terzian<br>Bartlett, McDonough, Bastone & Monaghan, LLP(White Plains)<br>81 Main Street<br>White Plains, NY 10601<br><br>Kelly Albinak Kribs<br>Sidley Austin, LLP (Chicago)<br>One South Dearborn<br>Chicago, IL 60603<br><br>Patricia M. Petrowski<br>Sidley Austin, LLP (Chicago)<br>One South Dearborn<br>Chicago, IL 60603<br><br>Samuel Sung-Ook Choi<br>Sidley Austin LLP(NY)<br>787 Seventh Avenue<br>New York, NY 10019 |

The matter of <u>Gale v. Smith & Nephew, Inc. et al.</u> has been *re-scheduled* from an in-person settlement conference on Tuesday, October 14, 2014, at 2:15 P.M. before the Hon. Lisa Margaret Smith, United States Magistrate Judge, to an in-person settlement conference on **Wednesday, October 29, 2014, at 2:15 P.M.** in Courtroom 520.

*Counsel should either have: full independent settlement authority; principals present; or principals readily available by telephone.*

*Please Note: Counsel seeking to reschedule an appearance must have all parties on the line prior to contacting Chambers.*

SO ORDERED: /s/ Lisa Margaret Smith
Hon. Lisa Margaret Smith
U.S.M.J.